1  NICHOLAS M. WIECZOREK
   Nevada Bar No. 006170
2  MORRIS POLICH & PURDY LLP
   3980 Howard Hughes Parkway, Suite 400
3  Las Vegas, Nevada  89169
4  Telephone:  (702) 862-8300
   Facsimile:   (702) 862-8400
5  Attorney for Defendant
   CHEMNUTRA INC.
6

7

8               UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10

11 | MARGARET PICUS, an individual; on behalf | CASE NO.:
   | of herself, and on behalf of all others similarly |
12 | situated, |
13 |     Plaintiffs, | **CERTIFICATE OF INTERESTED**
   | | **PARTIES PURSUANT TO LR 7.1-1**
14 | vs. |
15 | |
   | WAL-MART STORES, INC.; MENU |
16 | FOODS INC.; DEL MONTE FOODS |
   | COMPANY; SUNSHINE MILLS, INC.; |
17 | CHEMNUTRA INC.; and DOES 1 through |
   | 100, inclusive, |
18 | |
19 |     Defendants. |

20

21

22 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

23     In accordance with LR 7.1-1, the undersigned, counsel of record for the defendant

24 CHEMNUTRA INC. (hereinafter "ChemNutra"), certifies that the following parties may have an

25 interest in the outcome of this case.  These representations are made to enable judges of the Court to

26 evaluate possible disqualifications or recusal.

27     • MARGARET PICUS (plaintiff)

28     • WAL-MART STORES, INC. (defendant)

1. • MENU FOODS INC. (defendant)
2. • DEL MONTE FOODS COMPANY (defendant)
3. • SUNSHINE MILLS, INC. (defendant)
4. • CHEMNUTRA INC. (defendant)
5. ChemNutra anticipates that additional interested parties will be identified during the course of
6. discovery of this matter.
7. DATED this 25 day of May, 2007.

MORRIS POLICH & PURDY LLP

By: _____
NICHOLAS M. WIECZOREK
Nevada Bar No. 006170
3980 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Attorney for Defendant
CHEMNUTRA INC.

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Morris Polich & Purdy LLP, and that on this  25  day of May, 2007, I served a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** as follows:

( X )  by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

( )  to be hand-delivered to the attorneys listed below at the address indicated below:

Robert B. Gerard, Esq.
Nevada Bar No. 005323
Lawrence T. Osuch, Esq.
Nevada Bar No. 006771
GERARD & OSUCH, LLP
2840 South Jones Boulevard
Building D, Suite 4
Las Vegas, Nevada 89146
Telephone:    (702) 251-0093
Facsimile:        (702) 251-0094

Norman Blumenthal, Esq.
California State Bar No. 068687
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California 92037
Telephone:    (858) 551-1223
Facsimile:        (858) 551-1232

Attorneys for Plaintiffs

_L. Woodru_____
An Employee of Morris Polich & Purdy LLP