1  NICHOLAS M. WIECZOREK
   Nevada Bar No. 006170
2  MORRIS POLICH & PURDY LLP
   3980 Howard Hughes Parkway, Suite 400
3  Las Vegas, Nevada  89169
4  Telephone:  (702) 862-8300
   Facsimile:   (702) 862-8400
5  Attorney for Defendant
   CHEMNUTRA INC.
6

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10

11 | MARGARET PICUS, an individual; on behalf | CASE NO.:
12 | of herself, and on behalf of all others similarly situated, |
13 |                                       | **CORPORATE DISCLOSURE STATEMENT**
14 |                    Plaintiffs,        |
15 | vs.                                   | **[Federal Rules of Civil Procedure, Rule 7.1]**
16 | WAL-MART STORES, INC.; MENU FOODS INC.; DEL MONTE FOODS |
17 | COMPANY; SUNSHINE MILLS, INC.; CHEMNUTRA INC.; and DOES 1 through |
18 | 100, inclusive,                       |
19 |                    Defendants.        |

20

21

22 **TO THE HONORABLE COURT:**

23     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant CHEMNUTRA INC.

24 submits its Corporate Disclosure Statement as follows:

25     1.   There is no parent corporation for CHEMNUTRA INC.

26 . . .

27 . . .

28 . . .

-1-
CORPORATE DISCLOSURE STATEMENT

2. There is no publicly held corporation that owns 10% or more of CHEMNUTRA INC.'s stock.

DATED this 25 day of May, 2007.

          MORRIS POLICH & PURDY LLP

          By: _____
          NICHOLAS M. WIECZOREK
          Nevada Bar No. 006170
          3980 Howard Hughes Parkway, Suite 400
          Las Vegas, Nevada 89169
          Attorney for Defendant
          CHEMNUTRA INC.

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Morris Polich & Purdy LLP, and that on this 25 day of May, 2007, I served a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** as follows:

( X )   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

(   )   to be hand-delivered to the attorneys listed below at the address indicated below:

Robert B. Gerard, Esq.
Nevada Bar No. 005323
Lawrence T. Osuch, Esq.
Nevada Bar No. 006771
GERARD & OSUCH, LLP
2840 South Jones Boulevard
Building D, Suite 4
Las Vegas, Nevada 89146
Telephone:   (702) 251-0093
Facsimile:      (702) 251-0094

Norman Blumenthal, Esq.
California State Bar No. 068687
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California 92037
Telephone:   (858) 551-1223
Facsimile:      (858) 551-1232

Attorneys for Plaintiffs

_L. Woodruff_
An Employee of Morris Polich & Purdy LLP