1  NICHOLAS M. WIECZOREK
   Nevada Bar No. 006170
2  MORRIS POLICH & PURDY LLP
   3980 Howard Hughes Parkway, Suite 400
3  Las Vegas, Nevada 89169
4  Telephone: (702) 862-8300
   Facsimile:  (702) 862-8400
5  Attorney for Defendant
   CHEMNUTRA INC.
6

7

8               UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10

11 MARGARET PICUS, an individual; on behalf      CASE NO.:  02:07-cv-686
   of herself, and on behalf of all others similarly
12 situated,
13                                                 **CORPORATE DISCLOSURE
                         Plaintiffs,               STATEMENT**
14
   vs.                                             **[Federal Rules of Civil Procedure, Rule
15                                                 7.1]**
   WAL-MART STORES, INC.; MENU
16 FOODS INC.; DEL MONTE FOODS
   COMPANY; SUNSHINE MILLS, INC.;
17 CHEMNUTRA INC.; and DOES 1 through
   100, inclusive,
18
19                       Defendants.

20

21

22 **TO THE HONORABLE COURT:**

23        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant CHEMNUTRA INC.

24 submits its Corporate Disclosure Statement as follows:

25        1.      There is no parent corporation for CHEMNUTRA INC.

26 . . .

27 . . .

28 . . .

-1-
**CORPORATE DISCLOSURE STATEMENT**

2. There is no publicly held corporation that owns 10% or more of CHEMNUTRA INC.'s stock.

DATED this 25 day of May, 2007.

                MORRIS POLICH & PURDY LLP

                By: _____
                NICHOLAS M. WIECZOREK
                Nevada Bar No. 006170
                3980 Howard Hughes Parkway, Suite 400
                Las Vegas, Nevada 89169
                Attorney for Defendant
                CHEMNUTRA INC.

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Morris Polich & Purdy LLP, and that on this 25 day of May, 2007, I served a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** as follows:

( X ) by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

( ) to be hand-delivered to the attorneys listed below at the address indicated below:

Robert B. Gerard, Esq.
Nevada Bar No. 005323
Lawrence T. Osuch, Esq.
Nevada Bar No. 006771
GERARD & OSUCH, LLP
2840 South Jones Boulevard
Building D, Suite 4
Las Vegas, Nevada 89146
Telephone:	(702) 251-0093
Facsimile:	(702) 251-0094

Norman Blumenthal, Esq.
California State Bar No. 068687
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California 92037
Telephone:	(858) 551-1223
Facsimile:	(858) 551-1232

Attorneys for Plaintiffs

_L. Woodruff_
An Employee of Morris Polich & Purdy LLP