1   NICHOLAS M. WIECZOREK
    State Bar No. 006170
2   **MORRIS POLICH & PURDY** LLP
3   3980 Howard Hughes Parkway, Suite 400
    Las Vegas, Nevada  89169
4   Telephone:   (702) 862-8300
    Facsimile:    (702) 862-8400
5   Attorney for Defendant
    CHEMNUTRA INC.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  MARGARET PICUS, an individual; on behalf        CASE NO.:  2:07-cv-686
    of herself, and on behalf of all others similarly
11  situated,

12                 Plaintiffs,                       **DEMAND FOR JURY TRIAL**

13  vs.

14  WAL-MART STORES, INC.; MENU
    FOODS INC.; DEL MONTE FOODS
15  COMPANY; SUNSHINE MILLS, INC.;
    CHEMNUTRA INC.; and DOES 1 through
16  100, inclusive,

17                 Defendants.

18

19       Defendant ChemNutra Inc. hereby demands trial by jury to this action.

20       DATED this ⁄ 𝟧 day of May, 2007.

21                                    MORRIS POLICH & PURDY LLP

22

23                              By:
24                                    NICHOLAS M. WIECZOREK
                                      State Bar No. 006170
25                                    3980 Howard Hughes Parkway, Suite 400
                                      Las Vegas, Nevada  89169
26                                    Attorney for Defendant
                                      CHEMNUTRA INC.
27

28

                                    -1-

1

**CERTIFICATE OF SERVICE**

2        Pursuant to NRCP 5(b), I certify that I am an employee of Morris Polich & Purdy LLP, and

3    that on this 25 day of May, 2007, I served a true and correct copy of the foregoing **DEMAND**

4    **FOR JURY TRIAL** as follows:

5        ( X )    by placing same to be deposited for mailing in the United States Mail, in a sealed

6                  envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

7        (  )    to be hand-delivered to the attorneys listed below at the address indicated below:

8

9    Robert B. Gerard, Esq.
     Nevada Bar No. 005323

10   Lawrence T. Osuch, Esq.
     Nevada Bar No. 006771

11   GERARD & OSUCH, LLP
     2840 South Jones Boulevard

12   Building D, Suite 4
     Las Vegas, Nevada  89146

13   Telephone:     (702) 251-0093
     Facsimile:        (702) 251-0094

14

15   Norman Blumenthal, Esq.
     California State Bar No. 068687

16   BLUMENTHAL & NORDREHAUG
     2255 Calle Clara

17   La Jolla, California  92037
     Telephone:    (858) 551-1223

18   Facsimile:        (858) 551-1232

19

20   Attorneys for Plaintiffs

21

22                                L. Woodruff

23                          An Employee of Morris Polich & Purdy LLP

24

25

26

27

28