JAMES E. WHITMIRE, III, ESQ.
Nevada Bar No. 6533
BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 7612
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308

*Attorney(s) for Defendant Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET PICUS, an individual; on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.; MENU FOODS INC.; DEL MONTE FOODS COMPANY; SUNSHINE MILLS, INC.; CHEMNUTRA, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.:   CV-S-00682-PMP-LRL<br><br>**STIPULATION AND ORDER TO CONSOLIDATE CASES** |

Defendant WAL-MART STORES, INC. ("WAL-MART"), by and through its counsel, James E. Whitmire, III, Esq., and Brian W. Boschee, Esq., of the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson, Defendant DEL MONTE FOODS COMPANY ("DEL MONTE") by and through its counsel, Dawn Grossman, Esq., of the law firm of Cozen O'Conner, Defendant CHEMNUTRA, INC., ("CHEMNUTRA") by and through its counsel Nicholas M. Wieczorek, Esq., of the law firm of Morris, Polich & Purdy, LLP, and Plaintiff MARGARET PICUS ("PLAINTIFF") by and through her counsel, Robert B. Gerard, Esq., and Lawrence T. Osuch, Esq., of the law firm of Gerard & Osuch, LLP, hereby enter into this Stipulation and Order for the Consolidation of Cases. Wal-Mart, Del Monte, Chemnutra and Plaintiff are collectively referred to as the "Parties" in this Stipulation and Order. The Parties have agreed and stipulated to the entry of this Order for consolidation of cases 2:07-CV-00686-RLH-RJJ and 2:07-CV-00689-RLH-RJJ with case 2:07-CV-00682-PMP-LRL. Each case was

- 1 -

03027-12/175827.doc

Dockets.Justia.com

1  removed within one (1) day of each other without knowledge of each others removal. All Parties
2  have the desire to have these cases consolidated.

3  **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto,
4  through their respective counsel of record, that:

5  1.   Cases 2:07-CV-00686-RLH-RJJ and 2:07-CV-00689-RLH-RJJ shall be
6  consolidated with 2:07-CV-00682-PMP-LRL;

7  2.   Case 2:07-CV-00682-PMP-LRL shall be the main case.

8  DATED this _____ day of June, 2007         DATED this _____ day of June, 2007

9  **SANTORO, DRIGGS, WALCH,**                 **COZEN O'CONNER**
   **KEARNEY, JOHNSON & THOMPSON**

11 JAMES E. WHITMIRE, III, ESQ.                DAWN GROSSMAN, ESQ.
   Nevada Bar No. 6533                         Nevada Bar No. 6828
12 BRIAN W. BOSCHEE, ESQ.                      601 South Rancho Drive, Suite C-20
   Nevada Bar No. 7612                         Las Vegas, NV 89106
13 400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101                     *Attorney for Defendant Del Monte Foods Co.*

*Attorneys for Defendant Wal-Mart Stores, Inc.*

16 DATED this _____ day of June, 2007          DATED this _____ day of June, 2007

17 **MORRIS POLICH & PURDY, LLP**              **GERARD & OSUCH, LLP**

19 NICHOLAS M. WIECZOREK, ESQ.                 ROBERT B. GERARD, ESQ.
   Nevada Bar No. 6170                         Nevada Bar No. 5323
20 3980 Howard Hughes Pkwy, Suite 400          LAWRENCE T. OSUCH, ESQ.
   Las Vegas, NV 89169                         Nevada Bar No. 6771
                                               2840 South Jones Boulevard
*Attorney for Defendant Chemnutra, Inc.*       Building D, Suite 4
                                               Las Vegas, NV 89146

*Attorneys for Plaintiff Margaret Picus*

24 **IT IS SO ORDERED.**

25 DATED this ____ day of _____, 2007.

_____
Philip M. Pro
U.S. District Judge

- 2 -

03027-12/175827.doc

1  removed within one (1) day of each other without knowledge of each others removal. All Parties
2  have the desire to have these cases consolidated.
3    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto,
4  through their respective counsel of record, that:
5    1. Cases 2:07-CV-00686-RLH-RJJ and 2:07-CV-00689-RLH-RJJ shall be
6     consolidated with 2:07-CV-00682-PMP-LRL;
7    2. Case 2:07-CV-00682-PMP-LRL shall be the main case.

8  DATED this _____ day of June, 2007  DATED this _____ day of June, 2007

9  **SANTORO, DRIGGS, WALCH,**  **COZEN O'CONNER**
  **KEARNEY, JOHNSON & THOMPSON**

11  JAMES E. WHITMIRE, III, ESQ.  DAWN GROSSMAN, ESQ.
Nevada Bar No. 6533  Nevada Bar No. 6828
12  BRIAN W. BOSCHEE, ESQ.  601 South Rancho Drive, Suite C-20
Nevada Bar No. 7612  Las Vegas, NV 89106
13  400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101  *Attorney for Defendant Del Monte Foods Co.*

*Attorneys for Defendant Wal-Mart Stores, Inc.*

16  DATED this _____ day of June, 2007  DATED this __20__ day of June, 2007

17  **MORRIS POLICH & PURDY, LLP**  **GERARD & OSUCH, LLP**

19  NICHOLAS M. WIECZOREK, ESQ.  ROBERT B. GERARD, ESQ.
Nevada Bar No. 6170  Nevada Bar No. 5323
20  3980 Howard Hughes Pkwy, Suite 400  LAWRENCE T. OSUCH, ESQ.
Las Vegas, NV 89169  Nevada Bar No. 6771
21    2840 South Jones Boulevard
*Attorney for Defendant Chemnutra, Inc.*  Building D, Suite 4
22    Las Vegas, NV 89146

23    *Attorneys for Plaintiff Margaret Picus*

24  **IT IS SO ORDERED.**
25    DATED this ___ day of _____, 2007.

27            _____
28            Philip M. Pro
          U.S. District Judge

- 2 -

03027-12/175827.doc

removed within one (1) day of each other without knowledge of each others removal. All Parties have the desire to have these cases consolidated.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel of record, that:

1. Cases 2:07-CV-00686-RLH-RJJ and 2:07-CV-00689-RLH-RJJ shall be consolidated with 2:07-CV-00682-PMP-LRL;

2. Case 2:07-CV-00682-PMP-LRL shall be the main case.

DATED this _____ day of June, 2007    DATED this _____ day of June, 2007

**SANTORO, DRIGGS, WALCH,**    **COZEN O'CONNER**
**KEARNEY, JOHNSON & THOMPSON**

JAMES E. WHITMIRE, III, ESQ.    DAWN GROSSMAN, ESQ.
Nevada Bar No. 6533    Nevada Bar No. 6828
BRIAN W. BOSCHEE, ESQ.    601 South Rancho Drive, Suite C-20
Nevada Bar No. 7612    Las Vegas, NV 89106
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101    *Attorney for Defendant Del Monte Foods Co.*

*Attorneys for Defendant Wal-Mart Stores, Inc.*

DATED this __15__ day of June, 2007    DATED this _____ day of June, 2007

**MORRIS POLICH & PURDY, LLP**    **GERARD & OSUCH, LLP**

NICHOLAS M. WIECZOREK, ESQ.    ROBERT B. GERARD, ESQ.
Nevada Bar No. 6170    Nevada Bar No. 5323
3980 Howard Hughes Pkwy, Suite 400    LAWRENCE T. OSUCH, ESQ.
Las Vegas, NV 89169    Nevada Bar No. 6771
    2840 South Jones Boulevard
*Attorney for Defendant Chemnutra, Inc.*    Building D, Suite 4
    Las Vegas, NV 89146

    *Attorneys for Plaintiff Margaret Picus*

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2007.

_____
Philip M. Pro
U.S. District Judge

- 2 -

03027-12/175827.doc

removed within one (1) day of each other without knowledge of each others removal. All Parties have the desire to have these cases consolidated.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel of record, that:

1. Cases 2:07-CV-00686-RLH-RJJ and 2:07-CV-00689-RLH-RJJ shall be consolidated with 2:07-CV-00682-PMP-LRL;

2. Case 2:07-CV-00682-PMP-LRL shall be the main case.

DATED this _____ day of June, 2007

**SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON**

_____
JAMES E. WHITMIRE, III, ESQ.
Nevada Bar No. 6533
BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 7612
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Defendant Wal-Mart Stores, Inc.*

DATED this 13 day of June, 2007

**COZEN O'CONNER**

*/s/ Dawn Grossman*
DAWN GROSSMAN, ESQ.
Nevada Bar No. 6828
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106

*Attorney for Defendant Del Monte Foods Co.*

DATED this _____ day of June, 2007

**MORRIS POLICH & PURDY, LLP**

_____
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
3980 Howard Hughes Pkwy, Suite 400
Las Vegas, NV 89169

*Attorney for Defendant Chemnutra, Inc.*

DATED this _____ day of June, 2007

**GERARD & OSUCH, LLP**

_____
ROBERT B. GERARD, ESQ.
Nevada Bar No. 5323
LAWRENCE T. OSUCH, ESQ.
Nevada Bar No. 6771
2840 South Jones Boulevard
Building D, Suite 4
Las Vegas, NV 89146

*Attorneys for Plaintiff Margaret Picus*

**IT IS SO ORDERED.**

DATED this 21st day of June, 2007.

_____
Philip M. Pro
U.S. District Judge

- 2 -

03027-12/175827.doc

1  Submitted by:
   **SANTORO, DRIGGS, WALCH,**
2  **KEARNEY, JOHNSON & THOMPSON**

3  */s/ signature*
   JAMES E. WHITMIRE, III, ESQ.
4  Nevada Bar No. 6533
   BRIAN W. BOSCHEE, ESQ.
5  Nevada Bar No. 7612
   400 South Fourth Street, Third Floor
6  Las Vegas, Nevada 89101

7  *Attorneys for Defendant Wal-Mart Stores, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SANTORO, DRIGGS, WALCH, KEARNEY, JOHNSON & THOMPSON
400 SOUTH FOURTH STREET, THIRD FLOOR, LAS VEGAS, NEVADA 89101
(702) 791-0308 – FAX (702) 791-1912

03027-12/175827.doc