UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

| | |
|---|---|
| LANCE S. WILSON<br>CLERK OF COURT | CYNTHIA K. JENSEN<br>CHIEF DEPUTY, LAS VEGAS |
| | JAKE HERB CHIEF<br>DEPUTY, RENO |

July 24, 2007

United States District Court
50 Walnut Street
P.O. Box 419
Newark, NJ 07101-0419

IN RE:   MDL 1850           IN RE:   Pet Food Products Liability

Case Name:    Picus v. Wal-Mart

Case Number:  District of New Jersey Case 1:07cv2867NLH-AMD  District of Nevada 2:07cv0686PMP-LRL

Dear Clerk:

      This case has been transferred to your court pursuant to an order from the Judicial Panel on Multidistrict Litigation.  Enclosed is a compact disc containing a PDF copy of every document contained on our docket sheet along with a PDF copy of our docket sheet.

Lance S. Wilson, Clerk

By: /s/ Andrew Mennear

Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

**Date Received:**_____

**Your Case Number:**_____