1  **GERARD & ASSOCIATES**
   Robert B. Gerard, Esq. (Nev. State Bar #005323)
2  2840 South Jones Boulevard
   Building D, Unit 4
3  Las Vegas, Nevada 89146
   Telephone:  (702) 251-0093
4  Facsimile:   (702) 251-0094

5  **BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (State Bar #068687)
6  2255 Calle Clara
   La Jolla, CA 92037
7  Telephone:  (858) 551-1223
   Fax:            (858) 551-1232
8
   Attorneys for Plaintiff
9

10                 **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12

13
   MARGARET PICUS, an individual; on          ) Case No. **2:07-cv-00682- PMP-LRL**,
14 behalf of herself, and on behalf of all        )        consolidated with:
   others similarly situated,                        )        2:07-cv-00686-PMP-LRL, and
15                 Plaintiffs,                           )        2:07-cv-00689-PMP-LRL
                                                          )
16        vs.                                             )
                                                          ) **STIPULATION AND**
17 WAL-MART STORES, INC; MENU             ) **ORDER FOR DISMISSAL OF**
   FOODS INC.; DEL MONTE                       ) **ACTIONS WITH PREJUDICE**
18 CORPORATION; SUNSHINE MILLS,         )
   INC.; CHEMNUTRA INC.; and DOES         )
19 1 through 100, Inclusive,                        ) Judge:         Hon. Philip M. Pro
                 Defendants.                          )
20                                                         )
                                                          )
21                                                         )
                                                          )
22 _____ )

23

24        WHEREAS Plaintiff Margaret Picus ("Plaintiff") and Defendants Menu Foods,

25 Inc., Del Monte Foods and Wal-Mart Stores, Inc. (collectively "Defendants") have

26 reached an agreement which resolves the claims of the Plaintiff; and,

27        WHEREAS as part of the agreement, Plaintiff agreed to the dismissal of the

28 entire Action with prejudice;

                                              1

1    NOW THEREFORE, THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:

2           (1)     That, pursuant to Fed. R. Civ. Proc., rule 41, the above-entitled action

3    pending in the United States District Court for the District of Nevada, *Margaret Picus*

4    *vs. Wal-Mart Stores, Inc.* (Case No. 2:07-cv-00682-PMO-LRL, consolidated with Case

5    No. 2:07-cv-00689-PMO-LRL and Case No. 2:07-cv-00686-PMO-LRL) be dismissed

6    in its entirety with prejudice.

7

8    Dated: January 31, 2011          BLUMENTHAL, NORDREHAUG & BHOWMIK

9                                     By:  *s/Norman B. Blumenthal*
                                          Norman B. Blumenthal
10                                        Attorneys For Plaintiff

11
12   Dated: January 31, 2011          SQUIRE, SANDERS & DEMPSEY (US) LLP

13                                    By:   */s/ Mark Goodman*
                                          Mark Goodman
14                                        Attorneys for Defendant Wal-Mart Stores

15
16   Dated: January 31, 2011          COZEN O'CONNOR

17                                    By:   */s/ Richard Fama*
                                          Richard Fama
18                                        Attorneys for Defendant Del Monte

19
20   Dated: January 31, 2011          DLA PIPER US LLP

21                                    By:  */s/ Mary Gately*
                                          Mary Gately
22                                        Attorneys for Defendant Menu Foods

23   **IT IS SO ORDERED.**

24

25   Dated: _ February 1, 2011.

26                                    Hon. Philip M. Pro
                                      Judge, United States District Court

27

28

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTIONS WITH PREJUDICE